In re ELLWANGER'S WILL. PLUMB v. BACON. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) In the matter of the probate of the will of George

Ellwanger, deceased. Proceeding by William T. Plumb, special guardian, against Henry Selden Bacon. No opinion. Decree (114 N. Y. Supp. 727) affirmed, with costs and disbursements. See, also, 132 App. Div. 945, 117 N. Y. Supp. 1133.